UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

September 12, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
NM
DEPUTY

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| WATTS GUERRA, LLP, MIKAL C. WATTS, WATTS GUERRA, LLP; FRANCISCO GUERRAIV, WATTS GUERRA, LLP; PAIGE BOLDT, WATTS GUERRA, LLP; BERKEN MEDIA, LLC, ROBERT KENYON, NATURAL PERSON AND CORPORATE OFFICER OF BERKEN MEDIA, LLC; AND JOHN/JANE DOES 1-5, | § | **CIVIL NO. SA-22-CV-00363-OLG** |
| **Defendants.** | § | |
| CRAIG CUNNINGHAM, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § | |
| **Plaintiff,** | § | |
| v. | § | **CIVIL NO. SA-23-CV-00910-OLG** |
| WATTS GUERRA, LLP, WATTS GUERRA, LLC, HENSON FUERST, P.A., LAW OFFICE OF DOUGLAS BOXER, BILTMORE LAW GROUP, PLLC, | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are the above-captioned actions. The Court finds that these cases involve the same parties and claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227. Therefore, the Court finds that the instant actions involve a common question of law or fact and should be consolidated. *See* FED. R. CIV. P. 42(a).

Accordingly, it is hereby **ORDERED** that *Cunningham v. Watts Guerra, LLP et al.*, No. SA-22-CV-00363-OLG and No. SA-23-CV-00910-OLG are hereby consolidated for further proceedings.

It is further **ORDERED** that all future filings in relation to these cases be filed under Cause No. SA-22-CV-00363-OLG. The Clerk of the Court shall administratively close Cause No. SA-23-CV-00910-OLG upon the filing of this Order.

Finally, it is **ORDERED** that all pretrial matters will be handled by Magistrate Judge Bemporad.

It is so **ORDERED**.

**SIGNED** this 12th day of September, 2023.

_____
ORLANDO L. GARCIA
United States District Judge